IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. ELH-13-0043 |
| JOEANN WHARTON and JOHN WHARTON, | : |
| Defendants | : |

...oooOooo...

## MOTION TO UNSEAL INDICTMENT, SUPERSEDING INDICTMENT, SEARCH WARRANT AFFIDAVIT, AND SEARCH WARRANT

The United States of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Paul K. Nitze, Special Assistant United States Attorney for said District, hereby files this Motion to Unseal Indictment, Superseding Indictment, Search Warrant Affidavit, and Search Warrant. The search warrant has been executed and the Defendants will need to be apprised of the charges against them.

Accordingly, the United States of America requests that the Court enter an Order unsealing the Indictment, Superseding Indictment, Search Warrant Affidavit, and Search Warrant set forth herein.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Paul K. Nitze
Special Assistant United States Attorney